In the Matter of the Claim of JOHN G. KELLY, Respondent, against THE PENN-SYLVANIA RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ERNEST LANGFORD, Respondent, against ERICK-SON & PETERSON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of MINNIE DUBINSKY, Appellant, against SAMUEL KOFSKY and HYMAN GILMAN and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to be allowed to appeal granted. The court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals, which questions are hereby certified as follows: 1. Is the decision of the State Industrial Board dismissing the claim supported by the evidence? 2. Did the decedent meet with an accident which arose out of and in the course of the employment? Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [See 242 App. Div. 342.]

In the Matter of the Claim of RUFINA LUNGHARD, Respondent, against AVENUE ST. JOHN CORPORATION and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to resettle order granted, with ten dollars costs to the appellant against the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.